# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Luis Guilin

                Plaintiff,

v.                                        Case No.: 1:11−cv−07763
                                              Honorable James B. Zagel

Walgreen Co.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 14, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 6/14/2012 regarding Motion to Dismiss for Failure to State a Claim [36] Set deadlines as to Motion to Dismiss for Failure to State a Claim [36]. Response due by 7/16/2012. Reply due by 8/6/2012. Status hearing (8−15−2012) is reset for 9/12/2012 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.