**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Luis Guilin, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Walgreens Company, an Illinois corporation,<br><br>    Defendant. | Case No.:    11 cv 07763<br><br>**CLASS ACTION** |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Dana M. Pesha ("Ms. Pesha") as counsel for plaintiff, LUIS GUILIN, on behalf of himself and all others similarly situated, and hereby requests leave to withdraw her appearance in this matter and in support thereof states as follows:

1.    On November 17, 2011, Ms. Pesha filed her appearance in this matter.

2.    Plaintiff retained Futterman, Howard, Ashley and Weltman, P.C. ("Futterman Howard") as counsel in this matter and by virtue of her employment with Futterman Howard, Ms. Pesha was involved in the case.

3.    Ms. Pesha has accepted another position and will be leaving Futterman Howard.

4.    As such, Ms. Pesha respectfully requests that this Court grant her leave to withdraw her appearance in this matter.

5.    No delay will result in this matter and the clients will not be affected as Stewart M. Weltman also represents plaintiff in this matter, as well as additional counsel.

Wherefore, for the above and foregoing reasons, Ms. Pesha respectfully requests that this Court grant her leave to withdraw her appearance in this matter.

        Respectfully submitted,

        s/        Dana M. Pesha

Dana M. Pesha
Futterman, Howard & Ashley, P.C.
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
(312) 427-3600
dpesha@futtermanhoward.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of August, 2012, she caused a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF to be served upon the following counsel of record by email, and U.S. mail:

>Stewart M. Weltman
>Levin Fishbein Sedran & Berman
>122 South Michigan Avenue
>Suite 1850
>Chicago, IL 60603
>(312) 427-3600
>Email: sweltman@weltmanlawfirm.com
>
>Charles C. Sweedler
>Howard J. Sedran
>Keith J. Verrier
>Levin Fishbein Sedran & Berman
>510 Walnut Street
>Suite 500
>Philadelphia, PA 19106
>(215) 592-1500
>Email: csweedler@lfsblaw.com
>Email: hsedran@lfsblaw.com
>Email: kverrier@lfsblaw.com
>
>David B. Sudzus
>Drinker Biddle & Reath LLP
>191 North Wacker Drive
>Suite 3700
>Chicago, IL 60606
>(312) 569-1000
>Fax: (312) 569-30977-1511
>Email: david.sudzus@dbr.com
>
>Justin O'Neill Kay
>Drinker Biddle & Reath LLP
>191 N. Wacker Drive
>Suite 3700
>Chicago, IL 60606
>(312) 569-1381
>Email: justin.kay@dbr.com

                                                s/       Dana M. Pesha