## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Luis Guilin
                Plaintiff,

v.                                               Case No.: 1:11–cv–07763
                                                   Honorable James B. Zagel

Walgreen Co.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 27, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion to withdraw as attorney [53] is granted. The appearance of attorney Dana Marie Pesha is withdrawn. Notice of motion hearing 9/4/2012 is stricken.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.